# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

ADAM HARRIS                                                                     PLAINTIFF

v.                                  CASE NO. 2:20-CV-2197

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                               DEFENDANT

## **ORDER**

The Court has received proposed findings and recommendations (Doc. 21) from Chief United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this January 31, 2022.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE